IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EMMANUEL STEPHANE RUKIRANDE MUKIZA, | § § § |
| Petitioner, | § § |
| v. | §   No. 3:25-cv-02081-E (BT) § |
| THOMAS BERGAMI, et al., | § § § |
| Respondents. | § |

## ORDER AND INSTRUCTIONS TO PARTIES IN A MOTION UNDER 28 U.S.C. § 2241

Petitioner filed a petition for a writ of habeas corpus, numbered and styled as above, in this Court pursuant to the provisions of 28 U.S.C. § 2241. Under 28 U.S.C. § 636(b) and Special Order 3, the District Court automatically referred this case to the undersigned United States magistrate judge for findings, conclusions, and a recommendation.

**Accordingly, the Court ORDERS as follows:**

RESPONDENTS' ANSWER: Respondents must file an answer to the petition or file other pleadings within **sixty days** of the date of service of this Order. Respondents must serve a true copy of the answer or other pleading on Petitioner by mailing such documents to him at the address set out in his application or to his attorney of record, if any. Respondents must file a certificate with the Clerk evidencing such service.

PETITIONER'S OPPORTUNITY TO REPLY: Petitioner may file a reply, provided it is filed with the Clerk not more than **30 days** after the date of the certificate of service shown on the answer or other pleading. Petitioner must limit his reply to the arguments raised in the answer or other pleading and must not include any new allegations of fact or new grounds for relief. Petitioner must mail a copy of any reply to counsel for Respondents.

SERVICE OF PETITION AND ORDER: The Clerk will mail a true copy of this order to Petitioner or to his attorney of record. The Clerk will electronically serve copies of all pleadings and orders in this case on the United States Attorney for the Northern District of Texas.[1]

It is further **ORDERED** that, at all times during the pendency of this action, Petitioner must immediately notify the Court of any change of address and its effective date. Such notice

---

[1] The Clerk will direct service to the attention of the Civil Chief, United States Attorney's Office.

must be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS," and it should contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the petition for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    **SO ORDERED this 7th day of August, 2025.**

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMMANUEL STEPHANE RUKIRANDE MUKIZA, | § § | |
| Petitioner, | § § | |
| v. | § | No. 3:25-cv-02081-E (BT) |
| | § | |
| THOMAS BERGAMI, et al., | § § | |
| Respondents. | § | |

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their right to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the above styled case and order entry of a final judgment.

**Party or Counsel of Record**                                      **Date**

_____

_____

## ORDER OF REASSIGNMENT

IT IS HEREBY ORDERED that the above-captioned matter be reassigned to the United States Magistrate Judge Rebecca Rutherford for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

DATED:

_____
UNITED STATES DISTRICT JUDGE