# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| EMMANUEL STEPHANE RUKIRANDE MUKIZA, § § § *Petitioner-Plaintiff*, § § v. § § THOMAS BERGAMI, WARDEN, Prairieland § Detention Center, JOSH JOHNSON, Director, § Dallas Field Office, U.S. Immigration and § Customs Enforcement; KRISTI NOEM § Secretary of the U.S. Department of Homeland § Security; and PAMELA BONDI, Attorney § General of the United States, in their official § capacities, § § *Respondent-Defendants*. § | Civil Action No. 3:25-CV-02081-E-BT<br><br>**SEALED ORDER** |

## ORDER

Before the Court is Petitioner-Plaintiff Emmanuel Stephane Rukirande Mukiza (Stephane)'s (i) Petition for Writ of Habeas Corpus, (ECF No. 1), (ii) Emergency Motion for Temporary Restraining Order and Mandatory Injunction (TRO), (ECF No. 6), and (iii) Supplemental Motion for TRO, (ECF No. 8). Stephane's TRO requests:

> Petitioner now moves this Court, pursuant to Federal Rule of Civil Procedure 65(b), to issue a mandatory temporary restraining order that compels Defendants to 1) keep him at the Prairieland Detention Center, where his petition for a writ of habeas corpus remains pending; 2) prevent Defendants from transferring him to another detention facility in another jurisdiction; and 3) comply with all relevant regulations and laws regarding notice of transfer and removal from the U.S.

(ECF No. 6 at 1). Stephane's Supplemental TRO similarly asks that the Court "prevent his removal to a third country while the appeal of his removal order is pending with the Board of Immigration Appeals." (ECF No. 8 at 1).

The Court, (i) as a part of its inherent docket control powers[1] and (ii) to ensure the prompt consideration of Petitioner-Plaintiff's requested relief, enters the following orders.

**IT IS ORDERED THAT:**

1. **Respondent-Defendants**—THOMAS BERGAMI, WARDEN, Prairieland Detention Center, JOSH JOHNSON, Director, Dallas Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities— **or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to deport or remove Plaintiff-Petitioner Stephane from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until <u>Monday, November 17, 2025</u>, when the Court anticipates ruling on the pending Emergency Application for Temporary Restraining Order and the underlying Petition.**

2. Pursuant to Federal Rule of Civil Procedure 65(b)(1), by September 22, 2025, **Petitioner-Plaintiff must file another supplement to his TRO** that (i) clearly shows the immediate and irreparable injury, loss, or damage that will result **<u>prior to Respondents-Defendants being heard in opposition</u>**; and (ii) includes a written certification from counsel of any efforts made to give notice to Respondents-Defendants and the reasons why such notice should not be required.

---

[1] The Fifth Circuit has further recognized the Court's inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants" *In re Beebe*, 56 F.3d 1384 (5th Cir. 1995).

3. **The Court acknowledges that Counsel has appeared on behalf of Respondent-Defendants**—Ann Cruce-Haag-DOJ US Attorney's Office 1205 Texas Ave 7th Floor Lubbock, TX 79401 806-472-7397 Fax: 806-472-7394 Email: ann.haag@usdoj.gov.

**SO ORDERED.**

15th day of September, 2025.

                                                ADA BROWN
                                                UNITED STATES DISTRICT JUDGE