IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EMMANUEL STEPHANE RUKIRANDE MUKIZA, | § § § § |
| Petitioner, | § § |
| v. | §  No. 3:25-cv-02081-E (BT) |
| THOMAS BERGAMI, et al., | § § § § |
| Respondents. | § |

## **ORDER**

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and Mandatory Injunction (TRO) (ECF No. 6) and Supplemental Motion for TRO (ECF No. 8).

To promote the aims of judicial efficiency, the Court is inclined to consolidate the pending TROs with the merits of Petitioner's habeas petition (ECF No. 1). Accordingly, by **October 22, 2025**, the parties shall submit a joint report that includes: (1) an indication as to whether the parties object to consolidation of the issues in this action; (2) a proposed briefing schedule if the parties wish to separately address the merits of Petitioner's habeas petition; (3) an update regarding the status of Petitioner's incarceration; and (4) any other matters relevant to the status or disposition of the case.

SO ORDERED.

October 15, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE