IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMMANUEL STEPHANE RUKIRANDE MUKIZA, | § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | No. 3:25-cv-02081-E (BT) |
| THOMAS BERGAMI, et al., | | |
| Respondents. | | |

# **ORDER**

On October 15, 2025, the Court indicated that it was inclined to consolidate the issues Petitioner's Emergency Motion for Temporary Restraining Order and Mandatory Injunction (TRO) (ECF No. 6) and Supplemental Motion for TRO (ECF No. 8) to promote the aims of judicial efficiency. *See* Order (ECF No. 15). As such, the Court ordered the parties to submit a joint report that included: (1) an indication as to whether the parties object to consolidation of the issues in this action; (2) a proposed briefing schedule if the parties wish to separately address the merits of Petitioner's habeas petition; (3) an update regarding the status of Petitioner's incarceration; and (4) any other matters relevant to the status or disposition of the case.

The parties submitted their report on October 23, 2025. *See* JSR (ECF No. 16). In this report, they assert that they are not opposed to the Court's consolidation of the issues in this action and propose an agreed briefing schedule.

However, Petitioner states that he "does not anticipate any additional briefing" being necessary.

Accordingly, the Court **ORDERS** as follows:

1.  The Court will consider the issues in Petitioner's habeas application and TRO together;

2.  Per the Court's August 7, 2025 Order, Petitioner may file a reply to Respondents' Response (ECF No. 13) by **October 30, 2025.** Petitioner must limit his reply to the arguments raised in the answer or other pleading and must not include any new allegations of fact or new grounds for relief. Petitioner must mail a copy of any reply to counsel for Respondents.

3.  Because Petitioner does not anticipate the need for further briefing on this matter, the Court declines to allow supplemental briefing.

SO ORDERED.

October 23, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2