IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMMANUEL STEPHANE RUKIRANDE MUKIZA, | § § § § | |
| Petitioner, | § § | |
| v. | § § | No. 3:25-cv-02081-E (BT) |
| THOMAS BERGAMI, et al., | § § § | |
| Respondents. | § | |

## ORDER

On October 30, 2025, Petitioner Emmanuel Stephane Rukirande Mukiza filed his Reply in support of his habeas application and emergency motion for a temporary restraining order and mandatory injunction. *See* Reply (ECF No. 18). This reply included new evidence post-dating Respondents' Response (ECF No. 13) and Appendix in Support (ECF No. 14). *See* Reply, Ex. A (ECF No. 18-1) (October 8, 2025 Consular Position Regarding Mr. Rukirande Mukiza Emmanuel Stephane). Accordingly, the Court **ORDERS** Respondents to file a supplemental response by **November 24, 2025**. This brief shall not exceed 10 pages in length.

SO ORDERED.

November 14, 2025.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE